UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PROCEDURES FOR ACCESS | ) | 2:25-mc-00435-LEW |
| AND MANAGEMENT OF | ) | |
| SEALED DOCUMENTS | ) | |

**GENERAL ORDER 2025-2**

**WHEREAS** a recent escalation in cyberattacks on the CM/ECF systems of federal courts requires the implementation of new procedures for the storage and management of sealed documents;

**IT IS HEREBY ORDERED** that, effective as of the date of this order and until such time as the Court orders otherwise,

1. **Electronic Access to Sealed and Restricted Documents.** Sealed and restricted documents will continue to be filed in CM/ECF under existing procedures but will no longer be accessible or viewable by electronic means in any case type (i.e. civil, criminal, MJ, MISC, etc) Restricted documents (as distinguishable from sealed documents) as used herein includes documents that, prior to this order, were unavailable to the public but may have been available to only to case participants or parties.

2. **Service of Sealed and Restricted Documents Filed in CM/ECF.** Because sealed and restricted documents filed in CM/ECF are no longer accessible or viewable electronically, service of those documents can no longer be accomplished through CM/ECF. Parties will have to serve sealed and restricted documents by other appropriate means as provided by the Federal Rules of Procedure. The Court will serve sealed documents that it issues, in paper by mail.

3. **Additional Copies of Sealed or Restricted Documents.** Because sealed and restricted documents filed in CM/ECF are no longer accessible or viewable electronically, a party with the right to access a restrict or sealed document in a case and who requires a copy of the document will have to contact the Clerk's Office to request a paper copy. Applicable copy fees will be applied to such requests. [District Court Fee Schedule](District Court Fee Schedule).

4. **Highly Sensitive Documents (HSDs).** Sealed documents that are defined as HSDs will continue to be subject to the court's HSD procedures, pursuant to D. Me. Local R. 5.3.

5. **Questions about Sealed and Restricted Document Procedures.** Any questions about the filing of and access to sealed or restricted documents should be directed to the Clerk's Office at 207-780-3356 (Portland) or 207-945-0575 (Bangor).

This Order supersedes all inconsistent prior court orders, CM/ECF procedure manuals, and local rules.

Dated this 24th day of September, 2025.

                                      /s/ LANCE E. WALKER
                                      Chief U.S. District Judge,
                                      District of Maine