**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ADMINISTRATIVE COURT CLOSURE DATES | ) 2:25-mc-435-LEW |
| | ) |
| | ) |

# GENERAL ORDER 2025-3

**IT IS HEREBY ORDERED** that the United States District Court for the District of Maine will observe the following administrative closure days:

- November 10, 2025;
- December 26, 2025; and
- January 2, 2026

Although closed, the Court's electronic case filing system (CM/ECF) will remain available to registered users. The Clerk's Office can be contacted for emergency litigation issues or to facilitate emergency filings by using the emergency contact webform on the Court's [website](website).

Dated this 26th day of September 2025.

/s/ Lance E. Walker
Chief U.S. District Judge