**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ADMINISTRATIVE COURT CLOSURE DATES | )  2:25-mc-435-LEW |
| | ) |
| | ) |
| | ) |

# GENERAL ORDER 2025-4

The United States District Court for the District of Maine hereby rescinds General Order 2025-3 directing the closure of the Court on the following days:

- November 10, 2025;
- December 26, 2025; and
- January 2, 2026

Dated this 9th day of October, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge