UNITED STATES DISTRICT COURT

DISTRICT OF MAINE



# GENERAL ORDER ESTABLISHING 2025
# <u>HOLIDAY SCHEDULE</u>

     Federal law establishes holidays for federal employees, on which days the offices of the United States District Court for the District of Maine are closed. The Administrative Office of the U.S. Courts authorizes Chief United States District Judges to designate additional days as office holidays, thereby excusing absences on the part of their respective district's employees.

     This year, in extended observance of the Thanksgiving and Christmas holidays, court offices will be closed on November 27 and 28 and December 24 and 26. Though closed, the Clerk's Office is available to facilitate emergency filings. Emergency contact information is available on the Court's [website](#). The Court's electronic case filing system will remain available to registered users.

Dated this 19th day of December 2025.

                                                                    <u>/s/ Lance E. Walker</u>
                                                                      Chief U.S. District Judge